UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

v.

JESUS ALBERTO NINA LEMACHE,

Defendant.

-----------------------------------------------------------X

**SCHEDULING ORDER**

7:26-cr-171 (PMH)

At the request of Defendant, the Sentencing Hearing scheduled for August 6, 2026 is re-scheduled to July 13, 2026 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse. It is the responsibility of the Government to have the Defendant produced to the White Plains Courthouse at that time.

Defendant's sentencing submission is due by June 22, 2026 and the Government's sentencing submission is due by June 29, 2026.

**SO ORDERED:**

Dated: White Plains, New York
June 8, 2026

_____
Philip M. Halpern
United States District Judge